(February 5, 1985)

■ Max Maleh et al., Respondents, v New York Property Insurance Underwriting Association, Appellant. — Order, Supreme Court, New York County (Harold Baer, Jr., J.), entered on May 1, 1984, unanimously affirmed. Respondents shall recover of appellant $75 costs and disbursements of this appeal. The appeal from the order of said court entered on March 13, 1984 is dismissed as having been subsumed in the appeal from the order entered on May 1, 1984, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Kupferman, Ross and Carro, JJ.

■ The People of the State of New York, Respondent, v Juan Ramon Colon, Appellant. — Judgment, Supreme Court, New York County (Burton Roberts, J.), rendered on March 15, 1983, unanimously affirmed. The order of this court entered on May 26, 1983, which granted appellant's motion for poor-person relief and the assignment of counsel, is *sua sponte* amended to deem appellant's notice of appeal timely filed. No opinion. Concur — Sandler, J. P., Sullivan, Asch and Bloom, JJ.